UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL GUIDRY,<br><br>          Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 25-cv-04303-NW<br><br>**ORDER OF DISMISSAL** |

On August 19, 2025, the Court screened Plaintiff Donell Guidry's complaint and filed an order of dismissal with leave to amend. ECF No. 7. The order warned Guidry that the case may be dismissed if he failed to file an amended complaint within 28 days. *Id.* at 6. Guidry's deadline has now passed, and the Court has not received an amended complaint, request for extension of time, or any other communication from Guidry. Given that Guidry failed to file an amended complaint, the matter is **DISMISSED WITHOUT PREJUDICE**. *See WMX Techs. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend). Any motion to reopen the case must be accompanied by an amended complaint.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 6, 2025

Noël Wise
United States District Judge